UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ERIC POHLER,  Plaintiff,

v.  Civil Action No. 3:15-cv-763-DJH-DW

ENHANCED RECOVERY COMPANY, LLC
et al.,  Defendants.

* * * * *

## ORDER

Plaintiff Eric Pohler having filed a notice of voluntary dismissal with prejudice as to his claims against Defendant Enhanced Recovery Company, LLC (Docket No. 20), no answer or motion for summary judgment having been filed by Defendant Enhanced Recovery, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) Pohler's claims against Enhanced Recovery are **DISMISSED** with prejudice. The Clerk of Court is **DIRECTED** to terminate Enhanced Recovery Company, LLC as a defendant in the record of this matter.

(2) All claims having been resolved (D.N. 19), this action is **DISMISSED** with prejudice and is **STRICKEN** from the Court's active docket.

October 20, 2017

**David J. Hale, Judge
United States District Court**